## SMITH v. DUNN.

### No. 11,062; May 8, 1885.

#### 6 Pac. 848.

Mandamus—Application to Superior Court Before Supreme Court.—Where, on an application for a writ of mandate before the supreme court, no reason is shown why the application was not made in the first instance to the superior court, the application will be denied.

Application for mandamus.

J. S. Sprague for petitioner.

See Smith v. Dunn, 68 Cal. 54, 8 Pac. 625.

By the COURT.—No sufficient reason appearing why the application for the writ of mandate was not made in the first instance to the superior court, the application to this court is denied.

## SHUFFLETON v. HILL.

### No. 8650; May 15, 1885.

#### 7 Pac. 7.

Lien on Logs—Effect of Advancements to Defeat.—A mechanic having a lien on logs cut by him does not lose it because of advancements made on the property by another, under a contract of purchase, but he is entitled to enforce his lien against such property.

APPEAL from the Superior Court of Humboldt County.

Action by plaintiff to enforce his lien for labor on logs cut by him, and owned by the defendant.

S. M. Buck for appellant; W. H. Brumfield and James Hanna for respondent.

By the COURT.—We are of opinion that, under the contract and lease, Greenlaw, in the first instance, and Hill, as